USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
JUSTIN SULLIVAN, et al., :
 :
                Plaintiffs, :    17-CV-5929 (JMF)
 :
      -v- :    ORDER
 :
SPANDEX HOUSE, INC., et al., :
 :
                Defendants. :
 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon notification that the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, had agreed to a settlement, the Court directed in its Order of January 22, 2018, (Docket No. 22), that the parties to submit letters explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).  Following the parties' submission of a proposed settlement, (Docket No. 24), the Court issued an Order directing counsel to submit a supplemental letter addressing, among other things, "the propriety of [parties'] proposed service awards."  (Docket No. 25).

      The Court, having reviewed the parties' letters, dated February 5, 2018 and February 8, 2018, (Docket Nos. 24, 26), finds that the settlement is fair and reasonable, given the nature and scope of Plaintiffs' claims; the risks and expenses involved in additional litigation; and the fact that the settlement was achieved with the assistance of a third-party mediator.  *See Wolinsky* 900 F. Supp. 2d at 335-36.  Further, the Court finds that the proposed award of attorney's fees is not unreasonable given counsel's actual work on the case.  *See Wolinsky*, 900 F. Supp. 2d at 336-37.

(In making that determination, the Court intimates no view on the reasonableness of counsel's hourly rates.) Finally, the Court approves the proposed Notice Package, except that the Consent Form shall be modified to include the Claims Administrator's contact information (address, fax number, telephone number, and email address).

Accordingly, the Court approves the settlement and dismisses the case with prejudice. Per the settlement agreement, the Court retains jurisdiction to enforce the settlement. The Clerk of the Court is directed to terminate Docket Nos. 24 and 26 and to close this case.

SO ORDERED.

Dated: New York, New York
       February 9, 2018

_____
JESSE M. FURMAN
United States District Judge